Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Travis B. Lucia, Esq., Nev. Bar No. 11188
travis.lucia@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL JACKSON,<br><br>     Plaintiff,<br><br>     vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, and DOES I-X,<br><br>     Defendant.<br>_____/ | CASE NO.: 3:25-cv-00748-ART-CLB<br><br>ORDER GRANTING<br>**MOTION TO EXEMPT A**<br>**MEMBER OF THE BOARD OF**<br>**TRUSTEES FROM**<br>**PARTICIPATION IN EARLY**<br>**NEUTRAL EVALUATION** |

Pursuant to this Court's February 24, 2026, Order Scheduling Early Neutral Evaluation Session (ECF No. 12), Defendant Washoe County School District (District) respectfully requests an exception to the Early Neutral Evaluation Session (ENE) attendance requirements exempting the attendance of a member of the Board of Trustees (Board). In addition to the undersigned counsel, the District's client representative Deputy Superintendent Tiffany McMaster and District Risk Manager Thomas Wood will be in attendance at the ENE. Ms. McMaster and Mr. Wood have settlement authority up to the dollar amount that requires full Board approval at a public meeting. Since Ms. McMaster and Mr. Wood will be in attendance at the ENE and since full

1

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

Board approval at a public meeting is required for any settlement amount in excess of their authority, the District hereby requests that the Board member's attendance at the ENE scheduled for May 7, 2026 be exempted. This request is made for the purpose of promoting judicial economy and saving time and expense for the parties.

DATED this 27th day of February, 2026.

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL


By: /s/Kevin A. Pick, Esq.
    KEVIN A. PICK, ESQ., Nev. Bar No. 11683
    TRAVIS B. LUCIA, ESQ., Nev. Bar No. 11188
    SARA K. MONTALVO, ESQ., Nev. Bar No. 11899
    P.O. Box 30425
    Reno, NV 89520-3425

    Attorney for Defendant
    WASHOE COUNTY SCHOOL DISTRICT

IT IS SO ORDERED.

DATED:  February 27, 2026.

_____
Craig S. Denney
United States Magistrate Judge

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

2