Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Travis B. Lucia, Esq., Nev. Bar No. 11188
travis.lucia@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants
Washoe County School District, Tristan McElhany, and Kristopher Hackbusch

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| CRYSTAL JACKSON, | CASE NO.: 3:25-cv-00748-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| WASHOE COUNTY SCHOOL DISTRICT, and WASHOE EDUCATION ASSOCIATION, and TRISTAN MCELHANY, an individual, and KRISTOPHER HACKBUSH, an individual, and DOES I-X, | **AND** |
| Defendant. | **STIPULATION TO CONTINUE FRCP 26(f) REQUIREMENTS AND LOCAL RULE (LR) 26-1(a) DISOVERY PLAN AND SCHEDULING ORDER DEADLINE** |
| _____/ | **(FIRST REQUEST)** |

COMES NOW, Defendants Washoe County School District (District), Tristan McElhany, and Kristopher Hackbusch (herein collectively referred to as District Defendants) and Plaintiff Crystal Jackson (here in collectively referred to as the Parties) by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for the District Defendants' answer or

///

1

response to Plaintiff's First Amended Complaint [ECF No. 16] to Friday, April 3, 2026. This Stipulation is based on the following:

1.    The District received service of the First Amended Complaint through the Court's electronic filing system on March 9, 2026.

2.    Tristan McElhany and Kristopher Hackbusch agreed to accept electronic service, via email, of the First Amended Complaint on Friday, March 13, 2026.

3.    For efficiency and in order to align deadlines and preserve resources of the Parties, the Parties stipulate and agree that it is in their mutual best interest to extend the deadline for the District Defendants' answer or response to Plaintiff's First Amended Complaint to 21-days from the date the last served District Defendant received service, *i.e.*, to Friday, April 3, 2026.

4.    For the reasons set forth above, the Parties further stipulate and agree to extend the time to participate in the Federal Rules of Civil Procedure (FRCP) 26(f) conference by 14-days and will hold the FRCP 26(f) conference on or before April 17, 2026.

5.    The Parties further stipulate and request that the deadline for any proposed Discovery Plan and Scheduling Order required by Local Rule (LR) 26-1(a) be extended to May 1, 2026, which is 14-days after the deadline to hold the FRCP 26(f) conference.

6.    This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

2

7.    This is the Parties' first request for an extension to respond to the First Amended Complaint and first request for an extension to the FRCP 26(f) requirements and LR 26-1(a) Discovery Plan and Scheduling Order Deadline.

DATED this 13th day of March, 2026.

DATED this 13th day of March, 2026.

DREHER LAW

By: /s/Ron J. Dreher, Esq.
    Ron J. Dreher Esq.
    ron@dreherlaw.net
    P.O. Box 6494
    Reno, Nevada 89513
    Attorney for Plaintiffs

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/Kevin A. Pick, Esq.
    Kevin A. Pick, Esq., Nev. Bar No. 11683
    kevin.pick@washoeschools.net
    Travis B. Lucia, Esq., Nev. Bar No. 11188
    travis.lucia@washoeschools.net
    Sara K. Montalvo, Esq., Nev. Bar No. 11899
    sara.montalvo@washoeschools.net
    P.O. Box 30425, Reno, NV 89520-3425
    Attorneys for Defendants Washoe County School District, Tristan McElhany, and Kristopher Hackbusch

IT IS SO ORDERED:

DATED: March 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3