Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Travis B. Lucia, Esq., Nev. Bar No. 11188
travis.lucia@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants
Washoe County School District, Tristan McElhany, and Kristopher Hackbusch

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL JACKSON, | CASE NO.: 3:25-cv-00748-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE: 1) FRCP 26(f) REQUIREMENTS; 2) JOINT CASE MANAGEMENT REPORT DEADLINE; AND 3) LR 26-1(a) DISCOVERY PLAN AND SCHEDULING ORDER DEADLINE** |
| vs. | |
| WASHOE COUNTY SCHOOL DISTRICT, and WASHOE EDUCATION ASSOCIATION, and TRISTAN MCELHANY, an individual, and KRISTOPHER HACKBUSH, an individual, and DOES I-X, | |
| Defendant. | **(SECOND REQUEST)** |

COMES NOW, Defendants Washoe County School District (District), Tristan McElhany, and Kristopher Hackbusch (herein collectively referred to as District Defendants) and Plaintiff Crystal Jackson (here in collectively referred to as the Parties) by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure (FRCP) 6(b) and Civil Local Rule (LR) IA 6-1, to extend the: 1) FRCP 26(f) requirements; 2) Joint Case Management Report deadline; and 3) LR 26-1(a) Discovery Plan and Scheduling Order Deadline as further specified herein.

1

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1.    Tristan McElhany and Kristopher Hackbusch agreed to accept electronic service, via email, of the First Amended Complaint (ECF No. 16) on Friday, March 13, 2026.

2.    On March 16, 2026, this Court approved the Parties' first Stipulation to Extend Time to Respond to First Amended Complaint and Stipulation to Continue FRCP 26(f) Requirements and Local Rule (LR) 26-1(a) Discovery Plan and Scheduling Order Deadline (ECF No. 18).

3.    Defendant Washoe Education Association (WEA) was served with the First Amended Complaint on March 26, 2026 (ECF No. 22) and has not yet appeared in this case.

4.    The District, McElhany, and Hackbusch filed their Motion to Dismiss the First Amended Complaint on April 3, 2026 (ECF No. 23).

5.    For efficiency and in order to align deadlines and preserve resources of the Parties, the Parties stipulate and agree that it is in their mutual best interest to extend the time to participate in the FRCP 26(f) conference until 30-days from the date the WEA files its answer or response to the First Amended Complaint.

6.    The Parties further stipulate and request that the deadline for any proposed Joint Case Management Report required by FRCP 26 or this Court's April 6, 2026 Order to File Case Management Report (ECF No. 25) be extended to 14-days after all Parties, including the WEA, meet and confer as required by FRCP 26(f).

7.    The Parties further stipulate and request that the deadline for any proposed Discovery Plan and Scheduling Order required by LR 26-1(a) be extended to 14-days after all Parties, including the WEA, meet and confer as required by FRCP 26(f).

8.    This Stipulation is made in good faith and is not for the purposes of delay.

///

9. This is the Parties' second request for an extension to the: 1) FRCP 26(f) requirements; 2) Joint Case Management Report deadline; and 3) LR 26-1(a) Discovery Plan and Scheduling Order Deadline.

DATED this 8th day of April, 2026.

DATED this 8th day of April, 2026.

DREHER LAW

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/Ron J. Dreher, Esq.
    Ron J. Dreher Esq.
    ron@dreherlaw.net
    P.O. Box 6494
    Reno, Nevada 89513
    Attorney for Plaintiffs

By: /s/Kevin A. Pick, Esq.
    Kevin A. Pick, Esq., Nev. Bar No. 11683
    kevin.pick@washoeschools.net
    Travis B. Lucia, Esq., Nev. Bar No. 11188
    travis.lucia@washoeschools.net
    Sara K. Montalvo, Esq., Nev. Bar No. 11899
    sara.montalvo@washoeschools.net
    P.O. Box 30425, Reno, NV 89520-3425
    Attorneys for Defendants Washoe County School District, Tristan McElhany, and Kristopher Hackbusch

IT IS SO ORDERED:

DATED: April 8, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010