**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL JACKSON, | Case No.: 3:25-cv-00748-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| WASHOE COUNTY SCHOOL DISTRICT, and WASHOE EDUCATION ASSOCIATION, and TRISTAN MCELHANY, an individual, and KRISTOPHER HACKBUSH, an individual, and DOES I-X, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| Defendants. | **(FIRST REQUEST)** |

COMES NOW, Plaintiff Crystal Jackson ("Plaintiff") and Defendants Washoe County School District, Tristan Mcelhany and Kristopher Hackbush, (collectively "Defendants"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Plaintiff's time to respond in accordance with LR IA 6-1.

/ / /

/ / /

/ / /

-1-

1. On April 3, 2026, Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint.  (ECF No. 23).

2. Plaintiff's response to Defendants' motion is currently due on April 17, 2026,

3. Plaintiff counsel is having to travel unexpectedly in the following days and has several other due dates that are in or around the same time as this response.

4. The Parties have conferred and agreed to extend the deadline for Plaintiff to file her response to the above-named motion to dismiss to April 24, 2026, and to extend the Defendants' deadline to file its reply to May 1, 2026.

5. This is the first stipulation to extend the time for Plaintiff to file her response.

6. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**IT IS SO STIPULATED.**

DATED this 15th day of April, 2026.          DATED this 15th day of April, 2026.

WASHOE COUNTY SCHOOL DISTRICT          DREHER LAW


/s/ Kevin A. Pick                                        /s/ Ronald J. Dreher
KEVIN A. PICK, ESQ.                          Ronald J. Dreher, Esq., NV No. 15726
TRAVIS B. LUCIA, ESQ.                        P.O. Box 6494
SARA K. MONTALVO, ESQ.                       Reno, NV 89513
P.O. Box 30425                               775-846-9804
Reno, NV 89520-3425                          *Attorney for Plaintiff*
*Attorneys for Defendants Washoe County*
*School District, Tristan Mcelhany, and*
*Kristopher Hackbush*


                                             IT IS SO ORDERED.

                                             _____
                                             Anne R. Traum
                                             United States District Judge

                                             DATED: April 15, 2026

-3-