**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL JACKSON, | Case No.: 3:25-cv-00748-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WASHOE COUNTY SCHOOL DISTRICT, and WASHOE EDUCATION ASSOCIATION, and TRISTAN MCELHANY, an individual, and KRISTOPHER HACKBUSH, an individual, and DOES I-X, | |
| Defendants. | |
| _____/ | |

Plaintiff CRYSTAL JACKSON ("Plaintiff") and Defendant WASHOE EDUCATION ASSOCIATION ("WEA"), by and through their undersigned counsels of record, respectfully agree and stipulate that Plaintiff will dismiss all of her complaints and all claims contained therein with prejudice as against the WEA with Plaintiff and WEA bearing their respective attorney's fees and cost.

/ / /

/ / /

Accordingly, the parties hereby agree and stipulate to dismiss with prejudice Defendant WEA from this action in its entirety.

**IT IS SO STIPULATED.**

DATED this 1st day of May, 2026.

MESSING, ADAM, JAMINE & SHORE

/s/ Thomas J. Donaldson
Thomas J. Donaldson
Francis C. Flaherty
Sue S. Matuska
1817 N. Stewart St., Ste 35
Carson City, Nevada 89706
*Attorneys for Defendant*
*Washoe Education Association*

DATED this 1st day of May, 2026.

WASHOE COUNTY SCHOOL DISTRICT

/s/ Kevin A. Pick
Kevin A. Pick, Esq.
Travis B. Lucia, Esq.
Sara K. Montalvo, Esq.
PO Box 30425
Reno, Nevada 89520
*Attorneys for Defendant Washoe County School District*

DATED this 1st day of May, 2026.

DREHER LAW

/s/ Ronald J. Dreher
Ronald J. Dreher, Esq., NV No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED THIS 1st day of May, 2026