# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL JACKSON,<br><br>                                  Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, *et al.*,<br><br>                                  Defendants. | Case No. 3:25-CV-00748-ART-CLB<br><br>**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 40] |

Before the Court is a notice of disassociation of counsel for Defendants Washoe County School District, Tristan McElhany, and Kristopher Hackbusch (collectively referred to as "Defendants"). (ECF No. 40.) The notice states that Travis Lucia, Esq. is no longer associated with the Washoe County School District Office of the General Counsel and that all further correspondences, notices, pleadings, discovery, emails, and other documents should be directed to Kevin A. Pick, Esq. And Sara K. Montalvo, Esq, who are already listed as counsel for Defendants. (*Id.*)

The Court construes this notice as a motion for withdrawal as counsel for Defendants by Travis Lucia, Esq, which is **GRANTED**.[1] The Clerk's office is directed to terminate Travis Lucia, Esq. as counsel for Defendants Washoe County School District, Tristan McElhany, and Kristopher Hackbusch.

**IT IS SO ORDERED**.

**DATED**: May 4, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1]     Washoe County School District Office of the General Counsel is reminded that notices of withdraw as counsel are improper. In the future, requests to withdraw as counsel should be filed as a *motion* or stipulation pursuant to Local Rule IA 11-6(b).